AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Rhonda Lee Walker | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  1/20/20 - 2/12/21  in the county of  Webb  in the Southern District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1001(a)(1) and (2) | Knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes any materially false, fictitious, or fraudulent statement or representation;  makes any materially false, fictitious, or fraudulent statement or representation; Knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conspired to transport or move, transported or moved, or attemptd to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law |
| 8 USC 1324 | |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

/s/Francisco R. Cantu Jr.
*Complainant's signature*

Francisco R. Cantu Jr., CBP-OPR Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/16/2021

*Judge's signature*

City and state:  Laredo, Texas    Christopher dos Santos, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## AGAINST: Rhonda Lee Walker

I, Francisco Rene Cantu Jr., a Special Agent with the United States Department of Homeland Security (DHS), Customs and Border Protection (CBP), Office of Professional Responsibility (OPR), having been duly sworn, depose and state:

1. On June 4, 2020, an anonymous caller contacted CBP OPR and provided information that Customs and Border Protection Officer (CBPO) Rhonda L. Walker, stationed in Laredo, TX, employed a live-in caretaker who did not possess legal authorization to work in the United Sates (U.S.).

2. From June 17, 2020 to February 4, 2021, OPR Special Agents (SAs) conducted surveillance at CBPO Walker's residence.  During surveillance, SAs observed an unidentified female conducting housekeeping and childcare duties.

3. On February 3, 2021, CBP OPR SAs identified the housekeeper as Yadira Yesenia Trevino-SanMiguel, a citizen of Mexico. Trevino-SanMiguel has a non-immigrant U.S. visitor's visa/border crossing card (B1/B2) with no authorization to reside or work in the U.S.

4. Investigative research conducted by CBP OPR SAs revealed that on January 20, 2020, CBPO Walker conducted a money wire transaction to Yadira Yesenia Trevino-SanMiguel's family in Mexico.

5. CBP OPR SAs further reviewed Laredo Port of Entry (POE) videos for January 2, 2021. The videos depicted CBPO Walker assisting Trevino-SanMiguel make entry into the U.S. The videos showed CBPO Walker walking to the middle of the bridge and escorting Trevino-SanMiguel towards pedestrian primary.  CBPO Walker is then observed using another CBPO's computer login to inspect, scan Trevino-San Miguel's nonimmigrant B1/B2 visa and grant Trevino-SanMiguel entry into the U.S.

6. On February 12, 2021, Trevino-San Miguel attempted to make entry into the U.S. at the Gateway to the Americas Bridge 1 in Laredo, TX (Bridge 1) by presenting her non-

immigrant B1/B1 visa to the inspecting CBPO, but was referred to further inspection as requested by CBP OPR SAs.

7. CBP OPR SA Cantu and CBP OPR SA Francisco J. Villarreal responded to Bridge 1 and under Miranda advisement, interviewed Trevino-SanMiguel, who admitted to being employed by CBPO Walker for childcare and housekeeping duties.

8. Trevino-SanMiguel further admitted that on January 2, 2021, CBPO Walker facilitated her entry into the U.S., by setting up an appointment for her at the GCAM plasma center in order to circumvent the 19 USC 1318 Emergency/Travel Restriction protocols, which prevented her to make a legal entry into the U.S. because of her non-essential travel status. In addition, Trevino-SanMiguel admitted that CBPO Walker escorted her from the middle of Bridge 1 to the front of the pedestrian line and queried her B1/B2 nonimmigrant visa document at pedestrian primary. Trevino-SanMiguel was allowed to make entry into the U.S.

9. Trevino-SanMiguel further stated that on that same day, after making entry into the U.S., CBPO Walker picked her up at the San Agustin Plaza and transported her to CBPO Walker's residence.

10. During the interview, Trevino-SanMiguel changed her story several times regarding her familial relationship to CBPO Walker, but then recanted and stated that she was not related CBPO Walker as stated before.

11. CBP OPR SAs Cantu and Villarreal also interviewed CBPO Walker under Miranda advisement. CBPO Walker stated that Trevino-SanMiguel was her aunt and admitted that Trevino-SanMiguel was employed as a housekeeper at her mother's residence and that at times would also take care of CBPO Walker's children.

12. CBPO Walker admitted that on January 2, 2021, she facilitated Trevino-SanMiguel's illegal entry into the U.S. by escorting her from the middle of the bridge to pedestrian primary. CBPO Walker further admitted that she inspected and conducted CBP primary queries for Trevino-SanMiguel at the pedestrian lane using another CBPO's login and without CBPO's knowledge. Pedestrian primary CBPO was escorting a subject from pedestrian primary to secondary when CBPO Walker queried Trevino-SanMiguel.

13. CBPO Walker admitted that her actions on primary were a violation of CBP policy for using another CBPO's login to query Trevino-SanMiguel's B1/B2 nonimmigrant visa

      document at primary and further admitted that it was wrong for her to get involved with Trevino-SanMiguel the inspection on January 2, 2021.

14. CBPO Walker affirmed that Trevino-SanMiguel was working and residing in the U.S. in violation of her non-immigrant visa, yet allowed her to enter the U.S.

15. CBPO Walker admitted to transporting Trevino-SanMiguel to her residence on multiple occasions.

16. CBPO Walker stated that Trevino-SanMiguel was employed as a housekeeper by her mother and admitted that she (CBPO Walker) paid Trevino-SanMiguel on more than one occasion to take care of her children.

17. CBPO Walker lied to CBP OPR SAs regarding the money wire transaction she sent to Mexico then later admitted that she did in fact executed that transaction for Trevino-SanMiguel's daughter in Mexico.

18. CBPO Walker admitted that, depending on her CBP work schedule demands, Trevino-SanMiguel would stay at her residence several days to take care of her children.

19. At the onset of the interview, CBPO Walker lied about paying Trevino-SanMiguel for childcare and housekeeping duties; but later decided to provide a written statement on her own accord, admitting that she did in fact directly paid Trevino-SanMiguel.

20. Based on the above facts and circumstances, there is probable cause to believe that CBPO Rhonda Lee Walker and others, falsified, concealed, or covered by trick, scheme, or device, and made materially false, fictitious, or fraudulent statements or representations in violation of Title 18, United States Code, Section 1001(a). In addition, CBPO Rhonda Lee Walker and others, brought in, harbored, concealed, transported and shielded an alien from detection, knowing or in reckless disregard of the fact that such entry, residence or transportation would be in violation of Title 8, United States Code, Section 1324(a).

      /s/Francisco R. Cantu
      Francisco R. Cantu, Special Agent
      U.S. Customs and Border Protection
      Office of Professional Responsibility

Subscribed and sworn to before me
This 16th day of February 2021.

_____
**Christopher Dos Santos**
**UNITED STATES MAGISTRATE JUDGE**