United States District Court
Southern District of Texas
**ENTERED**
February 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. 5:21-mj-352 |
| | § | |
| RHONDA LEE WALKER | § | |

## ORDER OF DETENTION PENDING TRIAL FOR MATERIAL WITNESS

Material Witness Yadira Yessenia Trevino-SanMiguel waived, without prejudice, the right to a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f). Accordingly, the material witness is ordered detained without bond pending trial.

The material witness is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The material witness shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the material witness to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 25th day of February.

Christopher dos Santos
United States Magistrate Judge

1