United States District Court
Southern District of Texas
**ENTERED**
February 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | 5:21-MJ-0352-01 |
| RHONDA LEE WALKER | § | |

### ORDER

The Court, having considered the "Probation Report" and the Government no longer seeking detention, is of the opinion and hereby orders that the defendant's bond be set at $75,000.00 UNSECURED with one co-surety along with any additional bond conditions as set out by Probation Services, including avoiding all contact with any person engaging in criminal activities or who has been charged with or convicted of a felony offense, or who has been released on bail, probation, or parole.

Travel is restricted to Laredo, Texas with no travel to Mexico.

The Defendant is to submit to a mental health evaluation and/or participate in a mental health treatment program as directed by the U. S. Probation Office.

Therefore, the Court hereby **ORDERS** that upon any applicable clearance from the Local Health Authority, Defendant be **RELEASED** from the custody of the U.S. Marshals. Defendant must report to and contact the U.S. Probation Office by telephone immediately upon release to finalize bond processing.

This is the least restrictive combination of conditions that will reasonably assure the appearances of the Defendant and the safety of the community as required by Title 18, United States Code, § 3142(c)(1)(B).

Defendant is hereby instructed to comply with all terms and conditions set forth in the Court's Order of Release. Any violation of those terms and conditions will result in the punishment outlined in the Order of Release.

IT IS SO ORDERED.

DONE at Laredo, Texas, this the 25th day of February, 2021.

_____
DIANA SONG QUIROGA
United States Magistrate Judge

U.S. MARSHAL'S OFFICE
BY: Gilbert Cantu
DATE: 2/25/2021
TIME: 2:35 pm